IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA )
)
vs )  Case No. 3:09CR152
)
)
MARIO L. HARRIS

ORDER TERMINATING SUPERVISED RELEASE

On April 25, 2011, the above named was sentenced to five years Supervised Release following his term of imprisonment. Based on the recommendation of the U.S. Probation Department, no objections from the Government, and for good cause shown, it is hereby ordered that the Defendant, Mario L. Harris, is discharged from Supervised Release and the proceedings in this case be terminated.

**IT IS SO ORDERED.**

Dated this _17_ day of _June_, 2013

Thomas M. Rose
United States District Court Judge