**IN UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs** | ) | **Case No.   3:09CR152** |
| | ) | |
| **MARIO L. HARRIS** | ) | |

_____

**AMENDED ORDER TERMINATING SUPERVISED RELEASE**

_____

On February 26, 2010, the above named was sentenced to three years Supervised Release

following his term of imprisonment. Based on the recommendation of the U.S. Probation

Department, no objections from the Government, and for good cause shown, it is hereby ordered

that the Defendant, Mario L. Harris, is discharged from Supervised Release and the proceedings in

this case be terminated.

**IT IS SO ORDERED.**

Dated this 17th   day of June      , 2013

*s/Thomas M. Rose*_____

Thomas M. Rose
United States District Court Judge